**UNITED STATES of America,
Plaintiff—Appellee**

v.

**Carl Bennett ACQUAYE, Defendant—
Appellant.**

No. 04–20637

**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Edmond O'Suji, Houston, TX, for Defendant–Appellant.

Carl Bennett Acquaye, Mcrae, GA, pro se.

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM: *

Counsel appointed for Carl Bennett Acquaye has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.